No. 03–10247. CONCEPCION v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10248. WILLIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10250. BONILLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10251. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10252. SANDERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10254. DeCato v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS. C. A. D. C. Cir. Certiorari denied.

No. 03–10256. CARTER v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–10258. BURNETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10262. JIMENEZ-VELASCO v. UNITED STATES; GONZALEZ v. UNITED STATES; HINOJOSA-AGUIRRE v. UNITED STATES; DEL BOSQUE v. UNITED STATES; LOZANO-TAMEZ v. UNITED STATES; QUIROZ-ESCOBEDO v. UNITED STATES; and CAMPOS MADRIGAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10264. PEVELER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10265. MEDINA-ANICACIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10266. MONSIBAIS-TOVIAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.